

SEALED

# SEALED BY ORDER OF COURT

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

**Petition for Arrest Warrant for Offender Under Supervision**

**Name of Offender**  
Octavio Moran Perez

**Docket Number**  
0971 5:16CR00340-001 BLF

2:19-mj-541-VCF

FILED ___ RECEIVED  
ENTERED ___ SERVED ON  
COUNSEL/PARTIES OF RECORD  

JUL 23 2019

CLERK US DISTRICT COURT  
DISTRICT OF NEVADA  
BY: _____ DEPUTY

**Name of Sentencing Judge:** The Honorable Larry Alan Burns  
United States District Judge  
Southern District of California (SD/CA)

**Date of Original Sentence:** January 3, 2011

**Original Offense:** Count One: Importation of Cocaine, 21 U.S.C. §§ 952, 960, a Class A Felony.

**Original Sentence:** 90 months imprisonment, five years supervised release.

**Special Conditions:** $100 special assessment; search; not enter republic of Mexico without permission; report all vehicles owned or operated; financial disclosure; full-time employment or education; residential re-entry center for 90 days. Additional conditions ordered October 24, 2017: participate in mental health treatment, participate in drug abuse testing and treatment; abstain from alcohol; register as a drug offender; DNA; no weapons; search.

**Prior Form(s) 12:** On June 14, 2016, a petition to modify the conditions of supervised release was filed in the SD/CA, requesting a drug treatment and testing condition as a result of a positive result for cocaine during a random urinalysis administered by our office. It is noted that in the signed petition by the Honorable Judge Burns, he included that "any further dirty test (sic) to be reported and shall result in OSC RE: Revocation." Jurisdiction was also transferred and approved by the SD/CA in the same petition. This Court accepted the transfer of jurisdiction on July 29, 2016.

On January 18, 2017, a modification request was submitted to the Court requesting the addition of mental health counseling, which was ordered.

On July 20, 2017, a petition for Perez' arrest was filed alleging Charges One through Four. The warrant was executed on August 9, 2017. The client made his initial appearance before the Honorable Nathanael Cousins, U.S. Magistrate Judge, who remanded Perez into custody of the U.S. Marshals Service. An appearance before Your Honor was set for September 5, 2017.

On August 10, 2017, a petition for an amended arrest warrant was submitted to Your Honor alleging the client violated the standard condition number seven that he not use any controlled substances unless prescribed by a physician, in that he submitted a positive urinalysis test for

NDC-SUPV-FORM 12C(1) 4/6/2015

RE: Perez, Octavio Moran 
0971 5:16CR00340-001 BLF

2

amphetamines, methamphetamines and marijuana; that he violated the special condition that he reside at the residential re-entry center (RRC) for 90 days, in that he failed to report to the RRC; that he violated special condition to participate in mental health counselling, in that he failed to show for the scheduled assessment; that he violated standard condition number seven that he answer truthfully all inquiries by the probation officer and follow the instructions of the officer, in that he ignored messages with instructions from the officer; that he violated the mandatory condition that he no commit another federal, state, or local crime, in that he was arrested for trespassing; that he violated standard condition number seven, that he not possess any paraphernalia related to any controlled substance, unless prescribed by a physical, and in that he was found in possession of paraphernalia use for ingesting a controlled substance.

On October 24, 2017, his supervision was revoked and a sentence of 90 days imprisonment (credit for time served in official detention) and three years supervised release was imposed. His supervised release was transferred to the District of Nevada. Presently, the client is incarcerated at the Santa Cruz County Jail in Santa Cruz, California, where he is serving a sentence of imprisonment for a new law violation alleged in the previous petition.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Patrick Delahunty

**Date Supervision Commenced**
January 21, 2016
**Defense Counsel**
Kory DeClark, (AFPD)

---

**Petitioning the Court for the issuance of a no-bail warrant for the offender's arrest.**

I, Janella Tolbert, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the client violated the mandatory condition that he not commit another federal, state, or local crime. |

On August 14, 2018, the client was arrested in San Bernardino County, California, for a violation of California Vehicle Code § 23152(a) - Driving Under the Influence.

According to the crime report prepared by the California Highway Patrol (CHP), on August 14, 2018, a report of a reckless driver was made to the local police dispatch. Officers initiated a traffic stop on the

NDC-SUPV-FORM 12C(2) 4/6/2015

RE: Perez, Octavio Moran 
0971 5:16CR00340-001 BLF

3

PT Cruiser matching the description given by dispatch. The officer detected the odor of an alcoholic beverage emitting from the vehicle, and saw an ice chest on the floor board with beer inside. Officers noticed the client's eyes were red and watery. The client admitted to the officer that he had been drinking earlier that day. Once the client exited the vehicle, the officer detected an odor of an alcoholic beverage emitting from his person and breath. A series of pre-Field Sobriety Tests (FST) were administered, and the client failed to perform FSTs as explained and demonstrated. The officer performed preliminary alcohol screening (PAS) tests to determine the blood alcohol content (BAC) of the client. The PAS tests yielded results for .083% and .085% BACs.

Evidence of the alleged violation can be found in the CHP Case Number 201800148.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe that the client violated standard condition number three that he not knowingly leave the district where he resides without the permission of the Court or probation officer. |

As noted in Charge One, the client was arrested in San Bernardino County, an area outside of the District of Nevada where he resided. He did not obtain permission from the Court or probation officer to be outside of his supervising district.

Evidence of the alleged violation can be found in the CHP Case Number 201800148, and the case notes dated September 24, 2018, outlining a conversation with his supervising USPO in the District of Nevada.

| Charge Number | Violation |
|---|---|
| Three | There is probable cause to believe that the client violated special condition number four that he must abstain from the use of all alcoholic beverages. |

As noted in Charge One, the client was arrested in San Bernardino County for Driving Under the Influence. The client had the smell of alcohol on his person and breath. He admitted to the officer that he had been drinking earlier in the day, failed the FST, and had .083% and .085% BAC results.

Evidence of the alleged violation can be found in the CHP Case Number 201800148.

NDC-SUPV-FORM 12C(2) 4/6/2015

RE: Perez, Octavio Moran
0971 5:16CR00340-001 BLF

4

Based on the foregoing, there is probable cause to believe that Octavio Moran Perez violated the conditions of his supervised release. Therefore, I ask the Court to issue a no-bail warrant for his arrest.

Respectfully submitted,

Reviewed by:

*Janella Tolbert* (signature)

*Aylin McFarland* (signature)

Janella Tolbert
United States Probation Officer
Date Signed: September 26, 2018

Aylin McFarland
Supervisory United States Probation Officer

---

Having considered the information set forth above, the Court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X] The issuance of a no-bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12 WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

[ ] Other:

_Sept 26, 2018_
Date

*Beth Labson Freeman* (signature)
Beth Labson Freeman
United States District Judge

NDC-SUPV-FORM 12C(2) 4/6/2015


RE: Perez, Octavio M
0971 5:16CR00340-001 BLF

5

## APPENDIX

Grade of Violations: C

Criminal History at time of sentencing: I

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| Custody: | 5 years (18 U.S.C. § 3583(e)(3)) | 3-9 months (USSG § 7B1.4(a)) |
| Supervised Release: | 5 years, less any term of custody previously imposed – 18 U.S.C. § 3583(h | 5 years, less any term of custody previously imposed – 18 U.S.C. § 3583(h) |
| Probation: | Not Authorized | Not Authorized |


7687328

SEALED BY ORDER OF COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of California

United States of America
v.

**Octavio Moran Perez**

Defendant

Case No. CR-16-00340-BLF

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Octavio Moran Perez**
who is accused of an offense or violation based on the following document filed with the court:

( ) Indictment  ( ) Superseding Indictment  ( ) Information  ( ) Superseding Information  ( ) Complaint
( ) Probation Violation Petition  (x) Supervised Release Violation Petition  ( ) Violation Notice  ( ) Order of the Court

This offense is briefly described as follows:

## 18:3583 – Violation Supervised Release

Date: Sept. 28, 2018

*Cita F. Escolano*
Issuing officer's signature

City and state: San Jose, CA

Cita F. Escolano - CR CSA
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

2018 SEP 28 AM 4:41
U.S. MARSHAL
RECEIVED

_____
Arresting officer's signature

_____
Printed name and title